

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00463-CR

Austin Ray **SMALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR21-0000049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief is due November 14, 2022. He has filed a motion for a ninety-day extension of time to file the brief. The motion is **granted in part**. We **order** appellant's brief due **January 13, 2023**. Counsel is cautioned that the court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8, Notes and Comments.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court